IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNOWEB VIRTUAL, LLC,<br><br>    *Plaintiff,*<br><br>    v.<br><br>EBAY, INC.,<br><br>    *Defendant.* | Civil Action No. 2:16-cv-452<br><br>LEAD CASE |
| UNOWEB VIRTUAL, LLC,<br><br>    *Plaintiff,*<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    *Defendant.* | Case No. 2:16-cv-464 |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date came for consideration the Unopposed Motion to Dismiss Defendant Microsoft Corp. With Prejudice. (Dkt. No. 55.) The Court being of the opinion that same should be **GRANTED**, it is therefore,

ORDERED that the Unopposed Motion to Dismiss With Prejudice be and hereby is GRANTED, and that all claims asserted in this action against Microsoft Corporation are hereby dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

The Clerk is ORDERED to terminate Micosoft Corp. in lead case 2:16-cv-452. The Clerk is directed to CLOSE member case 2:16-cv-464. Any and all motions between Plaintiff and Microsoft Corp. in this lead case or member case that are presently unresolved are hereby terminated as MOOT.

- 2 -

**So ORDERED and SIGNED this 7th day of July, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE